# * * * * * UNITED STATES DISTRICT COURT * * * * *

## _NORTHERN_ DISTRICT OF _NEW YORK_

JUDGMENT IN A CIVIL CASE

DOCKET NO. 6:02-CV-1522 (LEK/RFT)

TERRANCE REMI,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the Report-Recommendation of the Honorable Randolph F. Treece, United States Magistrate Judge for the Northern District of New York, dated June 27, 2007, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated July 18, 2007.

DATE: __July 18, 2007__

_LAWRENCE K. BAERMAN_
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the Honorable Lawrence E. Kahn**